KIMBERLY A. DONOVAN (SBN 160729)
kdonovan@gcalaw.com
ROBERT ANDRIS (SBN 130290)
RAndris@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.

D. GREG BLANKENSHIP, (*pro hac vice* pending)
gblankenship@fbflaw.com
JEAN M. SEDLAK (SBN 267659)
jsedlak@fbflaw.com
FINKELSTEIN, BLANKENSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Ave., Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290

LAWRENCE D. KING (SBN 206423)
lking@kaplanfox.com
MARIO M. CHOI (SBN 243409)
mchoi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94116
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Attorneys for Plaintiffs
INES BURGOS and MONGKOL
MAHAVONGTRAKUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INES BURGOS, and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:18-cv-06910-HSG<br><br>**CLASS ACTION**<br><br>**STIPLUATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

- 1 -
JT. STIP. AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT;
CASE NO. 4:18-cv-06910-HSG

Pursuant to Civil L.R. 6-1(a), Plaintiffs Ines Burgos and Mongkol Mahavongtrakul (hereinafter "Plaintiffs"), by and through its counsel of record and on behalf of Defendant Sunvalleytek International, Inc. (hereinafter "Defendant"), hereby stipulate as follows:

WHEREAS, Plaintiffs served its Complaint for Damages and Injunctive Relief (hereinafter "Complaint") on November 16, 2018;

WHEREAS, Defendant currently has until December 7, 2018, to answer to respond to Plaintiffs' Complaint;

WHEREAS, Defendant has requested, and Plaintiffs have consented to an additional 35 days for Defendant to answer or respond to the Complaint;

WHEREAS, the Court has set a Case Management Conference for February 12, 2019, with the Case Management Conference Statement due on February 5, 2019;

WHEREAS, an additional 35 days for Defendant to answer or respond to the Complaint will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their counsel, that Defendant shall answer or otherwise respond to Plaintiffs' Complaint by January 11, 2019.

Dated: December 7, 2018     GCA LAW PARTNERS LLP

By: */s/ Kimberly A. Donovan*
    Kimberly A. Donovan

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.

Dated: December 7, 2018

FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER, LLP

By: */s/ D. Greg Blankenship*
D. Greg Blankenship

Attorneys for Plaintiffs
INES BURGOS and MONGKOL MAHAVONGTRAKUL

**ATTESTATION**

I, Kimberly A. Donovan, am counsel for Defendant Sunvalleytek International, Inc. in this action. I am the registered ECF user under whose name and password this STIPLUATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 7, 2018

GCA LAW PARTNERS LLP

*/s/ Kimberly A. Donovan*
Kimberly A. Donovan

Attorneys for Defendant
SUNVALLEYTEK INTERNATIONAL, INC.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

Defendant Sunvalleytek International, Inc. may have until January 11, 2019 to answer, plead, or otherwise respond to the Complaint for Damages and Injunctive Relief and that all remaining dates shall stay the same.

December 10, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge