KIMBERLY A. DONOVAN, State Bar No. 160729
kdonovan@gcalaw.com
ROBERT ANDRIS, State Bar No. 130290
RAndris@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendant*
SUNVALLEYTEK INTERNATIONAL, INC.

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94116
Telephone: (415) 772-4700
Facsimile: (415) 772- 4707
lking@kaplanfox.com
mchoi@kaplanfox.com

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
D. Greg Blankinship (*pro hac vice*)
Jean M. Sedlak (SBN 267659)
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290
gblankinship@fbfglaw.com
jsedlak@fbfglaw.com

*Counsel for Plaintiffs*
INES BURGOS and MONGKOL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| INES BURGOS and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:18-cv-06910-HSG<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Ctrm:   2, 4th Floor<br>Date:   n/a<br>Time:   n/a |

Pursuant to the Court's directive at the February 12, 2019 Case Management Conference, Plaintiffs Ines Burgos and Mongkol Mahavongtrakul (collectively "Plaintiffs"), and Defendant Sunvalleytek International, Inc. ("Defendant," and with Plaintiffs, the "Parties"), have met and conferred and, pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, jointly submit the following ADR proposal.

The Parties have agreed to participate in mediation through the Court's ADR Unit for this dispute.

DATED: February 15, 2019

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP

By: */s/ Greg Blankinship*
D. GREG BLANKINSHIP (*pro hac vice*)

KAPLAN FOX & KILSHEIMER, LLP

By: */s/ Mario M. Choi*
MARIO M. CHOI

*Attorneys for Plaintiffs*

GCA LAW PARTNERS, LLP

By: */s/ Kimberly A. Donovan*
KIMBERLY A. DONOVAN

*Attorneys for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Kimberly A. Donovan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February, 2019, at Mountain View, California.

*/s/ Kimberly A. Donovan*
KIMBERLY A. DONOVAN

# ORDER

The Court **GRANTS** the parties agreement to participate in mediation through the Court's ADR Unit with the presumptive deadline (90 days from the date of this order referring the case to ADR).

IT IS SO ORDERED.

Dated: February 19, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE