UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INES BURGOS, et al., | Case No. 18-cv-06910-HSG |
| Plaintiffs, | **ORDER SETTING CASE SCHEDULE** |
| v. | Re: Dkt. No. 28 |
| SUNVALLEYTEK INTERNATIONAL, INC., | |
| Defendant. | |

The parties submitted a proposed schedule on February 21, 2019. *See* Dkt. No. 28. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Close of Fact Discovery | December 13, 2019 |
| Motion for Class Certification | January 17, 2020 |
| Initial Expert Disclosures | January 17, 2020 |
| Deadline to Depose Plaintiffs' Experts | January 31, 2020 |
| Opposition to Motion for Class Certification | March 6, 2020 |
| Defendant's Expert Disclosures | March 6, 2020 |
| Deadline to Depose Defendant's Experts | March 20, 2020 |
| Reply in Support of Motion for Class Certification | April 3, 2020 |
| Class Certification Hearing | May 7, 2020 at 2:00 p.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 28.

**IT IS SO ORDERED.**

Dated: 2/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge