| | |
|---|---|
| KIMBERLY A. DONOVAN (SBN 160729) <br> kdonovan@gcalaw.com <br> ROBERT ANDRIS (SBN 130290) <br> RAndris@gcalaw.com <br> GCA LAW PARTNERS LLP <br> 2570 W. El Camino Real, Suite 400 <br> Mountain View, CA 94040 <br> Telephone: (650) 428-3900 <br> Facsimile: (650) 428-3901 <br><br> *Attorneys for Defendant* <br> SUNVALLEYTEK INTERNATIONAL, INC. | KAPLAN FOX & KILSHEIMER LLP <br> Laurence D. King (SBN 206423) <br> Mario M. Choi (SBN 243409) <br> 350 Sansome Street, Suite 400 <br> San Francisco, CA 94116 <br> Telephone: (415) 772-4700 <br> Facsimile: (415) 772- 4707 <br> lking@kaplanfox.com <br> mchoi@kaplanfox.com <br><br> FINKELSTEIN, BLANKINSHIP, <br> FREI-PEARSON & GARBER, LLP <br> D. Greg Blankinship (*pro hac vice*) <br> Jean M. Sedlak (SBN 267659) <br> 445 Hamilton Ave, Suite 605 <br> White Plains, New York 10601 <br> Telephone: (914) 298-3290 <br> gblankinship@fbfglaw.com <br> jsedlak@fbfglaw.com <br><br> *Counsel for Plaintiffs* INES BURGOS and <br> MONGKOL MAHAVONGTRAKUL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| INES BURGOS and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> SUNVALLEYTEK INTERNATIONAL, INC., <br><br> Defendant. | Case No. 4:18-cv-06910-HSG <br><br> **STIPULATION AND ORDER EXTENDING TIME TO HOLD ADR MEDIATION** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's February 19, 2019 Mediation Order (ECF 27), Plaintiffs Ines Burgos and Mongkol Mahavongtrakul ("Plaintiffs"), and Defendant Sunvalleytek International, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties"), have been working diligently to schedule the ADR mediation within the 90-day Court ordered timeframe. However, the Parties have been unable to complete the discovery the Parties agree is necessary for mediation. Both of the Parties and the mediator, Mark LeHocky, are available for mediation on July 10th. Accordingly, the Parties stipulate and respectfully request that the mediation deadline be extended to July 10th.

DATED: May 15, 2019

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
By: ___/s/ D. Greg Blankinship___
D. GREG BLANKINSHIP (*pro hac vice*)

KAPLAN FOX & KILSHEIMER LLP
By: ___/s/ Mario M. Choi___
MARIO M. CHOI
*Attorneys for Plaintiffs*

GCA LAW PARTNERS, LLP
By: ___/s/ Kimberly A. Donovan___
KIMBERLY A. DONOVAN
*Attorney for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, D. Greg Blankinship, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2019, at White Plains, New York.

___/s/ D. Greg Blankinship___
D. GREG BLANKINSHIP

## ORDER

The above STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO HOLD ADR MEDIATION is GRANTED.

IT IS SO ORDERED.

Dated: 5/16/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE