UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INES BURGOS, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>       Defendant. | Case No. 18-cv-06910-HSG<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 9, 2019<br>Mediator: Mark LeHocky |

The request to excuse Plaintiff Ines Burgos from appearing in person at the July 9, 2019, mediation before Mark LeHocky is GRANTED. Plaintiff Ines Burgos shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 22, 2019

Jacqueline Scott Corley
United States Magistrate Judge