LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
MARIO M. CHOI (SBN 243409)
mchoi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

D. GREG BLANKENSHIP (*pro hac vice*)
gblankenship@fbflaw.com
FINKELSTEIN, BLANKENSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Ave., Suite 605
White Plains, New York 10601
Telephone: (914) 298-3290

*Attorneys for Plaintiffs*
*INES BURGOS and MONGKOL*
*MAHAVONGTRAKUL*

KIMBERLY A. DONOVAN (SBN 160729)
kdonovan@gcalaw.com
ROBERT ANDRIS (SBN 130290)
RAndris@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendant*
*SUNVALLEYTEK INTERNATIONAL, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INES BURGOS, and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:18-cv-06910-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING CASE MANAGEMENT ORDER PENDING FINALIZATION AND COURT APPROVAL OF SETTLEMENT** |

Plaintiffs Ines Burgos and Mongkol Mahavongrakul ("Plaintiffs") and Defendant Sunvalleytek International, Inc. ("Sunvalleytek" or "Defendant") (collectively, "the Parties") have agreed upon terms of settlement of this case. The Parties, through their respective counsel, have entered into a term sheet setting forth the settlement terms. They are presently in the process of preparing a more detailed settlement agreement. The settlement terms include a requirement that a motion for Court approval of the settlement agreement, including certification of a class and approval of certain specific terms, be filed, along with an appropriate opportunity for Defendant to oppose certain issues (with regard to certain issues, the Parties leave it to the Court to make a determination based on the evidence presented by the Parties in the motion). The detailed settlement agreement must be finalized prior to bringing the motion.

Accordingly, the Parties hereby stipulate, by and through their counsel, and jointly request that the Court suspend the present case management order and schedule (Dkt. 41) to allow the settlement agreement to be finalized. The Parties further stipulate that they will provide a joint report to the Court by May 15, 2020, stating the status of finalizing the settlement and filing the motion.

**IT IS SO STIPULATED** through Counsel of Record.

Respectfully submitted,

Dated:  March 17, 2020

FINKELSTEIN, BLANKENSHIP, FREI-PEARSON & GARBER, LLP

By: */s/ D. Greg Blankenship*
D. Greg Blankenship

*Attorneys for Plaintiffs*
INES BURGOS and MONGKOL MAHAVONGTRAKUL

Dated: March 17, 2020    GCA LAW PARTNERS LLP

By: */s/ Kimberly A. Donovan*
Kimberly A. Donovan

*Attorneys for Defendant*
*SUNVALLEYTEK INTERNATIONAL, INC.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

The Parties' request to suspend the present Case Management Schedule to allow the Parties to finalize their settlement agreement and file a motion for class certification and approval of the settlement is hereby GRANTED. The Parties shall provide a joint report to the Court by May 15, 2020, stating the status of finalizing the settlement and filing the motion.

Dated: _____, 2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

**ATTESTATION**

I, Mario M. Choi, am counsel for Plaintiffs Ines Burgos and Mongkol Mahavongtrakul in this action. I am the registered ECF user under whose name and password this STIPULATION AND [PROPOSED] ORDER SUSPENDING CASE PENDING FINALIZATION AND COURT APPROVAL OF SETTLEMENT is being filed. Pursuant to Civil Local Rule 5-1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Executed this 17th day of March, 2020, at Oakland, California.

*/s/ Mario M. Choi*
Mario M. Choi