| | |
|---|---|
| **GCA LAW PARTNERS LLP**<br>KIMBERLY A. DONOVAN (SBN 160729)<br>kdonovan@gcalaw.com<br>ROBERT ANDRIS (SBN 130290)<br>RAndris@gcalaw.com<br>2570 W. El Camino Real, Suite 400<br>Mountain View, CA 94040<br>Telephone: (650) 428-3900<br>Facsimile: (650) 428-3901<br><br>*Attorneys for Defendant*<br>SUNVALLEYTEK INTERNATIONAL, INC. | **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>Mario M. Choi (SBN 243409)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772- 4707<br>lking@kaplanfox.com<br>mchoi@kaplanfox.com<br><br>**FINKELSTEIN, BLANKINSHIP,<br>FREI-PEARSON & GARBER, LLP**<br>D. Greg Blankinship (*pro hac vice*)<br>445 Hamilton Ave, Suite 605<br>White Plains, New York 10601<br>Telephone: (914) 298-3290<br>gblankinship@fbfglaw.com<br><br>*Counsel for Plaintiffs* INES BURGOS and<br>MONGKOL MAHAVONGTRAKUL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| INES BURGOS and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 4:18-cv-06910-HSG<br><br>**JOINT STATUS REPORT**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

In accordance with the Court's March 24, 2020 Minute Order, Dkt. No. 46, Plaintiffs Ines Burgos and Mongkol Mahavongtrakul (collectively, "Plaintiffs") and SunValleyTek International, Inc. ("Defendant") submit the following settlement status report.

The Parties have agreed upon and completed a settlement agreement.  The agreement is merely awaiting signatures, which the Parties' counsel hope to have in hand within a few days.

With respect to filing a motion in connection with approval of the proposed settlement, the Parties request that Plaintiffs be allowed until May 6. 2020 to submit the motion.  While discussions have been delayed due to the COVID-19 pandemic, the Parties have been working diligently to resolve this matter as quickly as possible.

Respectfully submitted,

DATED:  April 15, 2020

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
By:     /s/ D. Greg Blankinship
D. GREG BLANKINSHIP (*pro hac vice*)

KAPLAN FOX & KILSHEIMER LLP
By:     /s/ Mario M. Choi
MARIO M. CHOI
*Attorneys for Plaintiffs*

GCA LAW PARTNERS, LLP
By:     /s/ Kimberly A. Donovan
KIMBERLY A. DONOVAN
*Attorney for Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mario M. Choi, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April, 2020, at Oakland, California.

*/s/ Mario M. Choi*
MARIO M. CHOI