KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94116
lking@kaplanfox.com
mchoi@kaplanfox.com
Telephone: (415) 772-4700
Facsimile: (415) 772- 4707

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
D. Greg Blankinship (*pro hac vice*)
One North Broadway, Suite 900
White Plains, New York 10601
gblankinship@fbfglaw.com
Telephone: (914) 298-3290
Facsimile: (914) 522-5561

*Attorneys for Plaintiffs*

GCA LAW PARTNERS LLP
KIMBERLY A. DONOVAN (SBN 160729)
VALERIE M. WAGNER (SBN 173146)
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
kdonovan@gcalaw.com
randris@gcalaw.com
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| INES BURGOS and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case Number: 4:18-cv-06910-HSG<br><br>Honorable Haywood S. Gilliam<br><br>**STIPULATED JUDGMENT PURSUANT TO ORDER OF THE COURT** |

WHEREAS, this matter came before this Court for hearing on August 20, 2020 on motion of Plaintiffs, INES BURGOS and MONGKOL MAHAVONGTRAKUL, individually and on behalf of other similarly situated individuals, for final approval of class action settlement in this matter. Pursuant to the Court's order dated May 10, 2021 (Docket No. 69) and the Settlement Agreement of the parties, as amended, stipulated judgment is hereby entered as follows:

1. The class consists of all persons who purchased any of the "Covered Products" from Defendant SUNVALLEYTEK INTERNATIONAL, INC. ("Sunvalleytek" or "Defendant") within the United States between November 14, 2014 and May 6, 2020. "Covered Products" means any size of any of the Power Banks designed for the primary purpose of use for portable charging of mobile phones, such as devices consisting of a batter cell or cells, enclosed in a casing;

2. The class satisfies the requirements of Federal Rule of Civil Procedure 23(a) and (b);

3. The parties implemented a notice plan approved by the Court, adequately notifying class members of the proposed settlement, and no objections to the proposed settlement were received;

4. The class is therefore certified pursuant to Federal Rule of Civil Procedure 23(a) and (b);

5. Plaintiffs' motion for award of attorneys' fees is granted in part, in the amount of $156,500;

6. Plaintiffs' motion for recovery of costs is granted in the amount of $20,000;

7. Plaintiffs' request for incentive award of $5,000 for each of the Named Plaintiffs is denied.

This [Proposed] Stipulated Judgment Pursuant to Order of the Court is without prejudice for either party to appeal to the extent permitted by the Settlement Agreement in this matter.

IT IS SO STIPULATED.

Dated: June 1, 2021	By:   /s/ *Kimberly A. Donovan*
Kimberly A. Donovan
GCA Law Partners LLP
*Attorney for Sunvalleytek International, Inc.*

Dated: June 1, 2021	By:   /s/ *D. Greg Blankinship*
D. Greg Blankinship
Finkestein, Blankinship, Frei-Pearson & Garber, LLP
*Attorney for Plaintiffs and for the Settlement Class Members*

Pursuant to Order of this Court dated May 10, 2020 (Docket No. 69), the parties' Settlement Agreement, as amended, and the above Stipulated Judgment Pursuant to Order of the Court, judgment is hereby entered as set forth above. The Clerk is directed to enter judgment and close the case.

Dated: 6/2/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA